No. 264: Edward S. Gard, Plaintiff in Error, *v.* The People of the State of Illinois. In error to the

Supreme Court of the State of Illinois. Motion to dismiss or affirm submitted November 9, 1914. Decided November 16, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Gring* v. *Ives*, 222 U. S. 365, 370; *Deming* v. *Carlisle Packing Co.*, 226 U. S. 102; *Ennis Water Works* v. *Ennis*, 233 U. S. 652, 658. *Mr. James Hartnett* for the plaintiff in error. *Mr. Patrick J. Lucey* and *Mr. Lester H. Strawn* for the defendants in error.